**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| MARIO GENARO GOMEZ-SEVILLA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Case No. 9:26-cv-700-JDK |
| | § | |
| WARDEN, IAH SECURE ADULT DETENTION FACILITY, | § | |
| | § | |
| | § | |
| Respondent. | § | |

**FINAL JUDGMENT**

The Court, having considered Petitioner's case and rendered its decision by order issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that the petition for a writ of habeas corpus (Docket No. 1) is **DENIED**.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **8th** day of **September, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE